IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 14-CR-00300-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHANTEL ALISHA CLARK,

    Defendant.

---

FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS
FOR ORDER OF DETENTION

---

    This matter comes before the court on July 10, 2017 for detention hearing. The court has taken judicial notice of the court's file and has considered applicable Federal Rules of Criminal Procedure. The court now being fully informed makes the following findings of fact, conclusions of law and order.

    Under Federal Rule of Criminal Procedure 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]." Here, the defendant has waived her right to a detention hearing and therefore she has not sustained her burden of establishing that she will not flee or fail to appear at future proceedings. The defendant is not contesting detention.

    Under the circumstances, I find that no condition or combination of conditions of release will reasonably assure the appearance of the defendant. Accordingly, I order the defendant detained without bond.

    Done this 10th day of July 2017.

    BY THE COURT

    S/ Michael J. Watanabe
    Michael J. Watanabe
    U.S. Magistrate Judge